# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
KINGSBURY MANOR ASSOCIATES, *
A NEVADA LIMITED PARTNERSHIP, *

Plaintiff, *

v. * No. 06-324C

THE UNITED STATES, * (Filed: June 27, 2006)

Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>O R D E R</u>**

The parties' joint motion, filed June 22, 2006, for a stay of proceedings in the above matter is **GRANTED.** The parties shall provide a joint status report to the Court 14 days after the conclusion of the ADR.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims